UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FERNANDO SANCHEZ, JR., ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> THE GOVERNMENT, ) <br> ) <br> Respondent. ) <br> _____ ) | Case No. CV 11-5497 RGK (AJW) <br><br> ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a _de novo_ determination of the portions to which objections were directed.

DATED: February 22, 2012

_____
R. Gary Klausner
United States District Judge