UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| FERNANDO SANCHEZ, JR., | ) | Case No. CV 11-5497-RGK(AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| THE GOVERNMENT, | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is **dismissed without prejudice.**

Date: February 22, 2012

_____
R. Gary Klausner
United States District Judge