UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FERNANDO SANCHEZ, JR., | Case No. CV 11-5497-RGK(AJW) |
| Petitioner, | |
| v. | |
| THE GOVERNMENT, | JUDGMENT |
| Respondent. | |

It is hereby adjudged that the petition for a writ of habeas corpus is **dismissed without prejudice.**

Date: February 22, 2012

_____
R. Gary Klausner
United States District Judge